```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  SARALYN M. ANG-OLSON, SBN 197404
    Special Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916)554-2700

 5  Attorneys for Plaintiff
    United States of America
 6

 7
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:08-CV-03063-MCE-DAD |
| Plaintiff, | **APPLICATION AND ORDER FOR PUBLICATION** |
| v. | |
| APPROXIMATELY $21,343.00 IN U.S. CURRENCY, | |
| 2006 LEXUS GX470, VIN: JTJBT20X160112420, CALIFORNIA LICENSE PLATE NUMBER: 5TMF645, and | |
| 2008 DUCATI MOTORCYCLE MONSTER 695, VIN: ZDM1RADM38B109439, CALIFORNIA LICENSE PLATE NUMBER: 19C2435, | |
| Defendants. | |

The United States of America, Plaintiff herein, applies for an order of publication as follows:

1.  Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action and arrest to be given in a newspaper

/////

1

1 of general circulation or on an official internet government
2 forfeiture site;
3     2.   Local Rule 83-171, Eastern District of California,
4 provides that the Court shall designate by order the appropriate
5 newspaper or other vehicle for publication;
6     3.   The defendants Approximately $21,343.00 In U.S.
7 Currency, 2006 Lexus GX470, VIN:  JTJBT20X160112420, California
8 License Plate Number:  5TMF645, and 2008 Ducati Motorcycle
9 Monster 695, VIN: ZDM1RADM38B109439, California License Plate
10 Number:  19C2435, (hereafter the "defendant assets") were seized
11 in the city of Elk Grove, in Sacramento County, California.  The
12 Federal Bureau of Investigation ("FBI") published notice of the
13 nonjudicial forfeiture of the defendant assets on September 5,
14 12, and 19, 2008 in the <u>Wall Street Journal</u>.
15     4.   Plaintiff proposes that publication be made as follows:
16         a.   One publication;
17         b.   Thirty (30) consecutive days;
18         c.   On the official internet government forfeiture
19 site [www.forfeiture.gov](http://www.forfeiture.gov);
20         d.   The publication is to include the following:
21             (1)   The Court and case number of the action;
22             (2)   The date of the arrest/seizure;
23             (3)   The identity and/or description of the
24 property arrested/seized;
25             (4)   The name and address of the attorney for the
26 Plaintiff;
27             (5)   A statement that claims of persons entitled
28 to possession or claiming an interest pursuant to Supplemental

2

1 Rule G(5) must be filed with the Court and served on the attorney
2 for the Plaintiff no later than 60 days after the first day of
3 publication on the official internet government forfeiture site;
4 and

5       (6) A statement that answers to the Complaint or
6 a motion under Rule 12 of the Federal Rules of Civil Procedure
7 ("Fed. R. Civ. P.") must be filed and served within 20 days after
8 the filing of the claims and, in the absence thereof, default may
9 be entered and condemnation ordered;

10 Dated: 12-17-08           McGREGOR W. SCOTT
                                United States Attorney

                              /s/Saralyn M. Ang-Olson
                              SARALYN M. ANG-OLSON
                              Special Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.
DATED: December 19, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/USvApprox$21,343.3063.ord

3