BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>APPROXIMATELY $21,343.00 IN U.S. CURRENCY,<br><br>2006 LEXUS GX470, VIN: JTJBT20X160112420, CALIFORNIA LICENSE PLATE NUMBER: 5TMF645, and<br><br>2008 DUCATI MOTORCYCLE MONSTER 695, VIN: ZDM1RADM38B109439, CALIFORNIA LICENSE PLATE NUMBER: 19C2435,<br><br>             Defendants. | 2:08-CV-03063-MCE-DAD<br><br>FINAL JUDGMENT OF FORFEITURE |

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

1.     This is a civil forfeiture action against Approximately $21,343.00 in U.S. Currency; a 2006 Lexus GX470, VIN: JTJBT20X160112420, California License Plate Number: 5TMF645; and a 2008 Ducati Motorcycle Monster 695, VIN: ZDM1RADM38B109439, California License Plate Number: 19C2435 (hereafter "defendant assets") seized on or about July 16, 2008.

2.     A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on

1

December 17, 2008, alleging that said defendant assets are subject to forfeiture to the United States pursuant to 21 U.S.C. §§ 881(a)(4) and 881(a)(6), and/or 31 U.S.C. § 5317(c)(2).

3. On December 18, 2008, the Clerk issued a Warrant for Arrest for the defendant assets. The defendant currency was arrested on December 22, 2008, and the defendant vehicle and the defendant motorcycle were arrested on January 7, 2009.

4. Beginning on December 22, 2008, for at least 30 consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov. A Declaration of Publication was filed on January 22, 2009.

5. In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individuals:

   a. Bang Thai Tang
   b. Yin Shao Liang
   c. Joanne Tseng
   d. Liang Yong Ming

6. Claimants Bang Thai Tang, Yin Shao Liang, Joanne Tseng, and Liang Yong Ming filed Verified Claims on February 12, 2009, alleging an interest in the defendant assets and an Answer on April 3, 2009. No other parties have filed claims or answers in this matter, and the time in which any person or entity may file a claim and answer has expired.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1. The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

2. That judgment is hereby entered against claimants Bang Thai Tang, Yin Shao Liang, Joanne Tseng, and Liang Yong Ming, and all other potential claimants who have not filed claims in this action.

3. All right, title, and interest of Bang Thai Tang, Yin Shao Liang, Joanne Tseng, and Liang Yong Ming in the following defendant assets shall be forfeited to the United States pursuant to 21 U.S.C. §§ 881(a)(4) and/or (a)(6), to be disposed of according to law:

    a. $10,478.00 of the $21,343.00 in U.S. Currency together with any interest that may have accrued on the total amount seized,

    b. 2006 Lexus GX470, VIN: JTJBT20X160112420, California License Plate Number: 5TMF645, and

    c. 2008 Ducati Motorcycle Monster 695, VIN: ZDM1RADM38B109439, California License Plate Number: 19C2435.

4. Upon entry of this Final Judgment of Forfeiture, but no later than 60 days thereafter, $10,865.00 of the $21,343.00 in U.S. Currency shall be returned to claimants Joanne Tseng and Liang Yong Ming through their attorney John Balazs.

5. That the United States and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure, arrest, or forfeiture of the defendant assets. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as well as to those now known or disclosed. The parties waived the provisions of California Civil Code § 1542.

6. Bang Thai Tang, Yin Shao Liang, Joanne Tseng, and Liang Yong Ming waived any and all claim or right to interest that may have accrued on the defendant currency.

7. That pursuant to the stipulation of the parties, and the allegations set forth in the Complaint filed on December 17, 2008, the Court finds that there was reasonable cause for the seizure and arrest of the defendant assets, and for the commencement and prosecution of this forfeiture action, and a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 shall be entered accordingly.

8. All parties are to bear their own costs and attorneys' fees.

9. The U.S. District Court for the Eastern District of California, Hon. Morrison C. England, Jr., District Judge, shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

IT IS SO ORDERED.

DATE: April 27, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT